■ GASPAR DANESE, Appellant, v PORT AUTHORITY POLICE BE-NEVOLENT ASSOCIATION, INC., Respondent. — Judgment, Supreme Court, New York County (David Edwards, Jr., J.), entered on July 20, 1983, unanimously affirmed, without costs and

without disbursements, and the appeal from the order of said court, entered on February 14, 1984, is unanimously dismissed as nonappealable, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Sullivan, Ross, Asch and Kassal, JJ.